UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Ryan Gagnon,

        Plaintiff,                      Case No.: 18-cv-60497
                                                  **JURY TRIAL DEMANDED**

vs.

AB/WP Coconut Creek LLC d/b/a
Crown Pointe Apartments, a foreign corporation

        Defendants.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, RYAN GAGNON, (hereinafter "Plaintiff"), states his complaint against Defendant, AB/WP Coconut Creek, LLC, d/b/a Crown Pointe Apartments, (hereinafter "Defendant"), and states the following:

## PARTIES

1. At all times material hereto, Defendant is a foreign corporation, with their principle place of business in Atlanta, Georgia.

2. At all times material hereto, the Plaintiff was a resident of Broward County, Florida and was otherwise *sui juris*.

## JURISDICTION AND VENUE

3. Jurisdiction is proper in this Court because this is an action for damages that is greater than $75,000, and the parties are diverse in locality.

4. Venue is also properly laid because Defendant is a foreign corporation with substantial minimum contacts in the Southern District of Florida, Fort. Lauderdale division. All parties, as well as the acts and omission complained of herein occurred and will continue to occur the Southern District of Florida, Ft. Lauderdale division.

**FACTUAL BACKGROUND**

5. On November 5, 2017, while leaving his apartment, Plaintiff slipped on the stairway that leads from his second story apartment to the ground floor.

6. The steps were covered with a slippery substance that appeared to either be mildew or mold.

7. After the incident, Plaintiff informed the leasing office of his fall and the necessity to cure the hazard.

8. Later, it came to be known by the Plaintiff that his downstairs had informed the leasing office of the slippery substance that had accumulated on the sidewalk.

9. Following times where the Plaintiff almost fell, he went to the leasing office on two other occasions to advise them that the stairs had not been fixed, and that they were hazardous.

10. On Christmas Eve, December 24th, 2016, while getting ready to celebrate with his family, and despite being extremely careful, Plaintiff slipped and fell on the slippery surface.

11. Plaintiff was in terrible pain, and could only move with the help of his little sister.

12. Plaintiff experienced, and continues to experience, severe neck spasms and back pain that drastically limited his mobility, preventing him from getting out of bed for several days.

## COUNT I – GENERAL NEGLIENCE

13. Plaintiff re-adopts and re-alleges each and every allegation contained in paragraphs 1 through 12 above as if fully set forth herein and further alleges as follows:

14. Defendant owed duty of care to make sure all areas of common use were adequate and safe for their purpose.

15. In this case, Defendant had a duty to make sure the stairway that leads from the second floor to the first floor was adequate and safe for pedestrian travel.

16. Defendant, having been warned many times in the past by Plaintiff and other tenants living in this apartment complex, was put on notice of a hazardous condition.

17. Defendant, despite being put on notice of this hazardous condition, breached its duty by failing to cure the hazardous condition.

18. Defendant's failure to cure this hazardous condition was the actual and proximate case of Plaintiff's severe, persistent, and aggravating injuries.

**WHEREFORE**, Plaintiff demands compensatory damages, interest and costs, and for any such other relief as the Court deems just and equitable.

Date: March 8, 2018

Respectfully submitted,

By:

    Williams | Raikhelson, LLC.
    301 Yamato Road, Suite 1240
    Boca Raton, FL 33431
    Telephone:   (305) 766-0219
    Email:   aric@aricwilliamslaw.com

2nd email: aricwilliams@gmail.com

/s/ Aric N. Williams
Aric N. Williams, ESQ
Bar Number: 113724

Williams | Raikhelson, LLC.
301 Yamato Road, Suite 1240
Boca Raton, FL 33431
Telephone: (954) 895-5566
Email: arlaw@raikhelsonlaw.com
2nd email: a.raikhelson@comcast.net

/s/ Andre Raikhelson
Andre G. Raikhelson, Esq.
Bar Number: 123657